UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IRMA SOSA,

                              Plaintiff,

   -against-

JO ANNE B. BARNHART, Commissioner of
Social Security,

                              Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1409 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:

★ MAR   6 2007 ★

P.M. _____
TIME A.M. _____

     An Order of Honorable Nina Gershon, United States District Judge, having been

filed on March 5, 2007, denying plaintiff's motion for a remand and award of benefits;

granting defendant's motion for judgment on the pleadings; and directing the Clerk of Court

to enter judgment for the defendant; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that

plaintiff's motion for a remand and award of benefits is denied; that defendant's motion for

judgment on the pleadings is granted; and that judgment is hereby entered for the defendant.

Dated:  Brooklyn, New York
        March 06, 2007

                                        ROBERT C. HEINEMANN
                                        Clerk of Court